UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SARKAR KAMAL,

              Plaintiff,                                   REPORT AND
                                                                  RECOMMENDATION
       -against-                                         20-cv-1212 (LDH)

CITIBANK, N.A.,

              Defendant.
-------------------------------------------------------------X
Gold, S., Magistrate Judge:

     I held a status conference in this case on May 29, 2020 at which Mr. Okacha appeared as counsel for plaintiff. During the conference, a further conference was scheduled to be held on August 13, 2020.

     Mr. Okacha did not appear at the August 13, 2020 conference and attempts to contact him were unsuccessful. Accordingly, I scheduled a further conference for September 2, 2020, and indicated in my scheduling order that a further failure to appear could result in a recommendation of dismissal. Again, however, Mr. Okacha failed to appear for the conference. Although counsel for defendant sent Mr. Okacha a text message, Mr. Okacha did not respond.

     In light of plaintiff's repeated failures to appear without explanation, I respectfully recommend that this case be dismissed for failure to prosecute unless, within the time for filing objections to this Report, plaintiff's counsel submits a letter that provides a reasonable explanation for his failures to appear.

     Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report and in any event no later than September 16, 2020. Failure to object to this Report may waive the right to appeal the District

1

Court's Order.  *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72; *See Small v. Sec'y of Health & Human Services*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                      /s/
                                      STEVEN M. GOLD
                                      UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
September 2, 2020

U:\failtopro - new.wpd